# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# HARTFORD DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| | ) | CASE NO. 16-21255 (JJT) |
| THE CENTRAL CONNECTICUT COOPERATIVE FARMERS ASSOCIATION, | ) ) ) | |
| | ) | |
| DEBTOR. | ) | |
| | ) | |
| BONNIE C. MANGAN, Chapter 7 Trustee for THE CENTRAL CONNECTICUT COOPERATIVE FARMERS ASSOCIATION, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LANSING VERMONT INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING MOTION TO APPROVE SETTLEMENT AGREEMENT BETWEEN BONNIE C. MANGAN, CHAPTER 7 TRUSTEE, AND <u>LANSING VERMONT INC.</u>

Upon the Motion to Approve Settlement Agreement Between Bonnie C. Mangan (the "Trustee"), Chapter 7 Trustee, and Lansing Vermont Inc. (the "Settling Defendant") (the "Motion"), due and adequate notice having been made, and upon further consideration by the Court, it is hereby:

**ORDERED** that, the Motion is hereby granted; and it is further

**ORDERED** that, ORDERED that the Trustee shall retain settlement funds paid by Settling Defendant, totaling $60,000.00 (the "Settlement Amount"), in full and final satisfaction

of any claim the Estate may have against the Settling Defendant concerning transfer(s) of property of The Central Connecticut Cooperative Farmers Association to the Settling Defendant; and it is further

**ORDERED** that, effective upon entry of this Order, Trustee, acting on behalf of the Estate of The Central Connecticut Cooperative Farmers Association and Defendant, are deemed to have released one another from any and all claims, whether known or unknown, that either could assert against the other from the beginning of time through the date of the Motion concerning any avoidance claims that were asserted, or could have been asserted, under Chapter 5 of the Bankruptcy Code; and it is further

**ORDERED** that, effective upon entry of this Order, the Settling Defendant is deemed to have waived any and all claims it holds against the Debtor's estate, including, but not limited to, claims related to its Proof of Claim (no. 45-1) in the amount of $377,381.18, and any claim it could assert pursuant to 11 U.S.C. § 502(h), and it is further

**ORDERED** that the United States Bankruptcy Court for the District of Connecticut shall retain jurisdiction to enforce the Settlement, notwithstanding the closure or dismissal of the Debtor's bankruptcy case.

Dated at Hartford, Connecticut this 30th day of January, 2020.

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut