UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

_____

| | : | |
|---|---|---|
| IN RE: | : | CASE NO. 16-21255 (JJT) |
| | : | |
| THE CENTRAL CONNECTICUT | : | CHAPTER 7 |
| COOPERATIVE FARMERS ASSOCIATION | : | |
| | : | |
| | : | April 9, 2022 |
| _____ | : | |

APPLICATION TO LIMIT SERVICE OF NOTICE OF HEARING AND
TRUSTEE'S MOTION TO SELL REMNANT ASSETS (ECF No. 427)

Pursuant to Fed. R. Bankr. P. 9007, Bonnie C. Mangan, Chapter 7 Trustee, for The Central Connecticut Cooperative Farmers Association hereby moves for entry of an order limiting service of the Notice of Hearing (ECF No. 428) and Trustee's Motion to Sell Remnant Assets of the Debtor to Oak Point Partners ("substantive motion")(ECF No. 427). In support of this Application, the Trustee respectfully represents as follows:

1.  As more fully described in the substantive motion, the Trustee seeks an order to Sell Remnant Assets of the Debtor Free and Clear of Liens to Oak Point Partners at Private Sale Subject to Higher Officer (ECF No. 427).

2.  The Trustee received a Notice of Hearing indicating that a hearing on the substantive motion has been scheduled for May 12, 2022 at 11:30 a.m. (ECF No. 428).

3.  There are approximately 1,345 creditors scheduled by the Debtor. Of these creditors, only 49 have filed proofs of claim. The bar date for filing of claim in this case expired on December 8, 2016 (ECF No. 6).

4.  Service of the Notice of Hearing and the substantive motion on every creditor listed on the creditor matrix, under these circumstances, would be burdensome and wasteful.

5.  The Trustee believes that it would be in the interests of the bankrutpcy estate if service of the Notice of Hearing and the substantive motion were limited to the

2

parties that have appeared in the case or otherwise requested notice of proceedings, and to the creditors that have filed proofs of claim with directions to contact the undersigned if they are unable to access the Court's electronic filing system.

6.  Therefore, the Trustee believes that this request to limit notice is not in violation of any bankruptcy code section and that no creditors will be prejudiced by limiting service of the Notice of Hearing and the substantive motion as requested.

WHEREFORE, the Trustee respectfully requests an Order limiting service of the Notice of Hearing and the substantive motion to the Debtor, counsel for the Debtor, the Office of the United States Trustee, all parties affected by the motion, all creditors that have filed proofs of claim, and on any entity that has appeared and requested notices.

Dated at South Windsor, Connecticut on April 9, 2022

Attorney Bonnie C. Mangan
Chapter 7 Trustee

_____/s/ Bonnie C. Mangan_____
Bonnie C. Mangan
ct03759
The Law Office of Bonnie C. Mangan, P.C.
Westview Office Park
1050 Sullivan Avenue, Suite A3
South Windsor, Connecticut 06074
(860) 644-4204 Phone
bonnie.mangan@manganlaw.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## HARTFORD DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 16-21255 (JJT) |
| THE CENTRAL CONNECTICUT COOPERATIVE FARMERS ASSOCIATION | CHAPTER 7 |

### ORDER GRANTING MOTION TO LIMIT SERVICE OF MOTION AND NOTICE OF HEARING

On consideration of the Trustee's Motion to Sell Remnant Assets of the Debtor to Oak Point Partners at Privat Sale Subject to higher offers (ECF No. 427)("substantive motion") and pursuant to Fed. R. Bankr. P. 2002(m) and good cause appearing, it is hereby

ORDERED that the Trustee shall serve a copy of (1) this Order, (2) substantive motion with all attachments and exhibits thereto (ECF No. 427) (3) Notice of Hearing (ECF No. 428) by email to all parties entitled to notice by this Court's electronic filing system or by email or fax transmission to anyone unable to accept electronic filing to the following: The Debtor, counsel for the Debtor, the Office of the United States Trustee, all parties affected by the motion, and any entity that has appeared and requested notices.

ORDERED that the Trustee shall certify that service has been made in accordance with this Order